**SHAKOURI LAW FIRM**
Ashkan Shakouri, Esq. [SBN 242072]
ash@shakourilawfirm.com
Sharon W. Lin, Esq. [SBN 260443]
sharon@shakourilawfirm.com
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401
Telephone: (424) 252-4711
*Attorneys for Plaintiffs*

**BUCHALTER**
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@buchalter.com
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: (916) 945-5231
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY SMITH and DONNA CHANG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CLINICAL EMPLOYMENT STAFFING, LLC, and DOES 1-20, inclusive<br><br>Defendants. | Case No: 5:21-cv-07325-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT**<br><br>Assigned to: Hon. P. Casey Pitts, Courtroom 8 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 7-12, Plaintiffs Ashley Smith and Donna Chang ("Plaintiffs"), and Defendants Advanced Clinical Employment Staffing, LLC, Regina Allcorn, and  Mary Pat Flanagan ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate to remand the above-entitled action to the Superior Court of the State of California for the County of Santa Clara as *Ashley Smith and Donna Chang v. Advanced Clinical Employment Staffing, LLC et al.*, Case No. 21CV385614, in light of the Parties' agreement to settle said action ("Stipulation").  This Stipulation is based on the following:

1.      Plaintiffs originally filed their class action complaint on August 12, 2021 in Santa Clara County Superior Court, entitled *Ashley Smith and Donna Chang v. Advanced Clinical Employment Staffing, LLC et al.*, Case No. 21CV385614. Plaintiffs' initial complaint only named Advanced Clinical Employment Staffing, LLC as a Defendant.

2.      On September 20, 2021, Defendant Advanced Clinical Employment Staffing, LLC removed the case to this Court (Dkt. No. 1), and filed its answer to the complaint on September 27, 2021 (Dkt. No. 8). The individual Defendants were later added to the action by way of an amendment to the complaint.

3.      On July 18, 2023, the Parties attended a private mediation before experienced mediator Hon. Carl J. West (Ret.) and engaged in intensive settlement discussions, debated their respective positions, and exchanged views regarding the strengths and weaknesses of the claims alleged, but despite the help of the mediator were unable to reach an agreement.

4.      Following mediation, the Parties engaged in litigation but also continued settlement discussions regarding potential resolution. Eventually, those extensive negotiations culminated in the Parties reaching a class settlement in April 2024 to fully resolve this action.

5.      Accordingly, the Parties submit this Stipulation to remand this action

to state court for the purposes of seeking court approval of their class action settlement.

6.    The Proposed Order Remanding Action to State Court is contained herein below.

**IT IS SO STIPULATED.**

Dated:  April 24, 2024                    SHAKOURI LAW FIRM

                                          By: /s/ Ashkan Shakouri

                                              Ashkan Shakouri

                                              Attorneys for Plaintiffs


Dated:  April 24, 2024                    BUCHALTER, APC

                                          By: /s/ Elizabeth B. Stallard

                                              ELIZABETH B. STALLARD

                                              Attorneys for Defendants

## ~~[PROPOSED]~~ ORDER

After full consideration of the matter, pursuant to the Stipulation of the Parties, and for good cause shown, it is SO ORDERED that the above-caption action is remanded to the Superior Court of the State of California for the County of Santa Clara as *Ashley Smith and Donna Chang v. Advanced Clinical Employment Staffing, LLC et al.*, Case No. 21CV385614, in light of the Parties' agreement to settle said action.

**IT IS SO ORDERED**.

DATED:  April 29, 2024

HON. P. CASEY PITTS
U.S. DISTRICT COURT JUDGE